IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JACINTO,<br><br>      Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A,<br><br>      Defendant.<br>_____/ | No. 10-03412 CW<br><br>ORDER ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE |

    On August 10, 2010, Defendant filed a motion to dismiss all claims asserted against it and a motion to strike particular allegations.  Plaintiff has not filed an opposition to these motions, which was due on August 26, 2010.  If Plaintiff does not file an opposition by August 31, his case will be dismissed for failure to prosecute.  If Plaintiff files an opposition, Defendant's reply will be due one week thereafter and the motions will be taken under submission and decided on the papers.  The September 16, 2010 hearing is vacated.

    IT IS SO ORDERED.

Dated: 08/27/10

                                                         CLAUDIA WILKEN
                                                          United States District Judge